

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2016

No. 04-16-00004-CR

Juan Jose **PEREZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR3178
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellant's Third Unopposed Motion to Extend Time to File Appellant's Brief is hereby granted. The appellant's brief is due August 25, 2016. No further extensions of time will be considered or granted without written proof of extraordinary circumstances.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court